Nicholas Antonio **CROCETTI**,
Petitioner,

v.

**CERES MARINE TERMINALS, Incorporated; Director, Office of Workers' Compensation Programs, United States Department of Labor, Respondents.**

No. 01–1074.

United States Court of Appeals,
Fourth Circuit.

Submitted June 29, 2001.

Decided July 16, 2001.

Michael C. Eisenstein, Baltimore, MD, for petitioner. James M. Mesnard, Seyfarth Shaw, Washington, DC, for respondents.

Before WIDENER, MICHAEL, and KING, Circuit Judges.

PER CURIAM.

Nicholas Antonio Crocetti seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's award and computation of benefits pursuant to the Longshore and Harbor Workers Compensation Act, 30 U.S.C.A. §§ 901–945 (West 1986 & Supp.2000). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the Board. *See Crocetti v. Ceres Marine Term.*, No. 00–297 (BRB Nov. 29, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*